UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  BRIAN  CORRION

BRIAN CORRION, for exoneration from
or limitation of liability as owner of a 41'
Ft 1988 Sea Ray Vessel, Hull ID No.
SERF2654H788

Case No:  2:16-cv-528-FtM-38CM

_____/

**ORDER**[1]

This matter comes before the Court on the parties' Joint Notice of Settlement (Doc. 41) filed on March 23, 2017. The parties indicate they have settled this case and will be submitting a joint stipulation for dismissal with prejudice. (Doc. 41 at ¶1). The settlement concerns the probate court as this case involves minors. (Doc. 41 at ¶1). As such, Counsel is in the process of seeking court approval and guardianship. (Doc. 41 at ¶2). Given the circumstances, the Court finds good cause to grant the parties' request to administratively close this case for a period of ninety (90) days. (Doc. 41 at ¶3). *See* M.D. Fla. R. 3.08(b).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) The parties' Joint Notice of Settlement (Doc. 41) is **GRANTED**.

(2) This case is **DISMISSED** without prejudice subject to the right of any party, within ninety (90) days from the date of this Order, **June 25, 2017**, to submit a stipulated form of final judgment or request an extension of time to do so, or for any party to move to reopen the case upon a showing of good cause. Once the ninety-day period expires, this dismissal shall be deemed with prejudice without further order.

(3) The Clerk of Court is **DIRECTED** to terminate any previously scheduled deadlines and pending motions, and administratively close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record